IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, | CV 24–117–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| B AND C CASINO, LLC d/b/a OFFICE BAR AND MOTEL, | |
| Defendant. | |

Plaintiff United States Liability Insurance Company having moved unopposed for a one-week extension of the deadline to respond to the pending motion to stay/dismiss,

IT IS ORDERED that the Plaintiff's request (Doc. 14) is GRANTED. Plaintiff's response to the motion to stay/dismiss, (Doc. 10), is due on or before April 18, 2025. No further extensions of time will be granted.

DATED this 28th day of March, 2025.

Donald W. Molloy, District Judge
United States District Court