IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> B AND C CASINO, LLC d/b/a OFFICE BAR AND MOTEL, <br><br> Defendant. | CV 24–117–GF–DWM <br><br><br> ORDER |

    Defendant B and C Casino, LLC having moved unopposed for a four-week extension of the briefing deadlines in the case,

    IT IS ORDERED that Defendant's request (Doc. 20) is GRANTED. Defendant's reply in support of the motion to stay, (Doc. 10), and response in opposition to the motion for summary judgment, (Doc. 16), are due on or before May 30, 2025. No further extensions of time will be granted.

    DATED this 24th day of April, 2025.

                                              _____
                                              Donald W. Molloy, District Judge
                                              United States District Court