IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>B AND C CASINO, LLC d/b/a OFFICE BAR AND MOTEL,<br><br>Defendant. | CV 24-117-GF-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the Court's Order dated July 30, 2025, (Doc. 28). Judgment is entered in favor of United States Liability Insurance Company and the above-entitled matter is dismissed.

Dated this 30th day of July, 2025.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman